UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT L. RENDER III, | Case No. 1:21-cv-01569 |
| Plaintiff, | The Honorable Charles E. Fleming |
| v. | |
| | **STIPULATED DISMISSAL ENTRY** |
| BOARD OF TRUSTEES OF THE CLEVELAND PUBLIC LIBRARY, ET AL., | |
| Defendants. | |

Plaintiff Robert L. Render III and Defendants Board of Trustees of the Cleveland Public Library, Felton Thomas, Maritza Rodrigues, Thomas Corrigan, Alice G. Butts, John M. Hairston, and Alan Seifullah hereby state that all claims between all parties are hereby dismissed with prejudice, each party to bear his, her or its own attorney's fees.  The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

|  |  |
|---|---|
| /s/ Sam A. Zingale (Per Email Consent)<br>Sam A. Zingale (0033410)<br>3043 Superior Avenue<br>Cleveland, Ohio 44114<br>216-696-7170<br>216-696-8070 (FAX)<br>sazingale@yahoo.com<br><br>*Attorney for Plaintiff* | Respectfully submitted,<br><br>/s/ Ellen Toth<br>Ellen Toth (0056176)<br>Alexandria A. Gardella (0100000)<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>Key Tower<br>127 Public Square, Suite 4100<br>Cleveland, OH  44114<br>216-241-6100<br>216-357-4733 (FAX)<br>Email:  ellen.toth@ogletree.com<br>         alexandria.gardella@ogletree.com<br><br>*Attorneys for Defendants* |

### **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2022, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system, including the following:

Sam A. Zingale
3043 Superior Avenue
Cleveland, Ohio 44114
sazingale@yahoo.com

*Attorney for Plaintiff*

/s/ Ellen Toth
*One of the Attorneys for Defendants*

51108083.v1-OGLETREE