UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT L. RENDER III, | Case No. 1:21-cv-01569 |
| Plaintiff, | The Honorable Charles E. Fleming |
| v. | **STIPULATED DISMISSAL ENTRY** |
| BOARD OF TRUSTEES OF THE CLEVELAND PUBLIC LIBRARY, ET AL., | |
| Defendants. | |

Plaintiff Robert L. Render III and Defendants Board of Trustees of the Cleveland Public Library, Felton Thomas, Maritza Rodrigues, Thomas Corrigan, Alice G. Butts, John M. Hairston, and Alan Seifullah hereby state that all claims between all parties are hereby dismissed with prejudice, each party to bear his, her or its own attorney's fees. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: May 2, 2022